# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| TYRONE DUNCAN,<br><br>       Plaintiff,<br>v.<br><br>HESS CORPORATION, et al,<br><br>       Defendants. | CASE NO. 1:21-cv-003<br><br>JURY TRIAL DEMANDED |

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW Defendants Hess Corporation ("Hess") and Hess Oil New York Corp., as successor by merger with Hess Oil Virgin Islands Corp. ("HONYC"), by and through their undersigned counsel, and hereby responds to the Court's Order to Show Cause, Dkt. No. 8, advising that Defendants have no objection to the Court remanding these matters for the same reasons set forth in this Court's orders and Memorandum Opinion entered on May 25, 2021.

                  Respectfully submitted,

                  **Beckstedt & Kuczynski LLP**
                  *Attorneys for Defendant Hess and HONYC*
                  2162 Church Street
                  Christiansted, VI 00820
                  Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: October 8, 2021   By:  s/ Carl a. Beckstedt III
                 Carl A. Beckstedt III, Esq.
                 VI Bar No. 684
                 carl@beckstedtlaw.com